91 A.3d 102

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Ernest SIMMONS, Appellant.**

Supreme Court of Pennsylvania.

April 29, 2014.

Thomas M. Dickey, Altoona, for Ernest Simmons, Appellant.

Scott Michael Lilly, for Commonwealth of Pennsylvania, Appellee.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, STEVENS, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2014, the Order of the Superior Court is hereby AFFIRMED.

Justice STEVENS files a Concurring Statement.

Justice STEVENS, concurring.

I join this Court's *per curiam* affirmance. Nevertheless, I wish to emphasize my view that the communication of threats made by a probationer to an intended victim is not a requirement to find the probationer engaged in "assaultive behavior" in violation of the general condition for special probation or parole set forth in 37 Pa.Code § 65.4(5)(iii).